LEONIE C. HALSTEAD, as Executrix, etc., of SAMUEL H. HALSTEAD, Deceased,

Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly and Jaycox, JJ.; Young, J., not voting.